**DISMISS and Opinion Filed January 11, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01367-CV

**BENJAMIN HARRIS, Appellant**
**V.**
**SHANADA HARRIS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 107264-422**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Kennedy
Opinion by Justice Partida-Kipness

Appellant has filed a motion to voluntarily dismiss the appeal. *See* TEX. R.

APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*


/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

221367F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

BENJAMIN HARRIS, Appellant

No. 05-22-01367-CV       V.

SHANADA HARRIS, Appellee

On Appeal from the 422nd Judicial District Court, Kaufman County, Texas
Trial Court Cause No. 107264-422.
Opinion delivered by Justice Partida-Kipness, Justices Nowell and Kennedy participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Shanada Harris recover her costs, if any, of this appeal from appellant Benjamin Harris.

Judgment entered January 11, 2023.